**Order entered December 8, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-14-01112-CR

**CURTIS DORELLE WEEMS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the County Court at Law No. 4
Collin County, Texas
Trial Court Cause No. 004-85972-2013**

## ORDER

We **GRANT** Official Court Reporter Claudia Webb's December 4, 2014 request for an extension of time to file the reporter's record. The reporter's record shall be due **TEN DAYS** from the date of this order.

/s/    LANA MYERS
         JUSTICE